CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq. SBN 171771
Mail: PO Box 262490
    San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
    San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorney for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br> Plaintiff, <br><br> v. <br><br> **Hyo Sung Lim;** <br> **Jin Ho Kim**; and Does 1-10, <br><br> Defendants. | Case 2:14-CV-00345-JFW-VBK <br><br> Proposed Judgment Re: Default Judgment |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor in the amount of $10,050.00 against defendants Hyo Sung Lim and Jin Ho Kim

Additionally, defendants Hyo Sung Lim and Jin Ho Kim, are ordered to provide van-accessible parking at the property located at or about 2093 Pacific Avenue, Long Beach, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: January 13, 2015            _____
                                                   United States District Judge